**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

IN RE:

GREGORY A. PAGE                                    Case No. 9:15-bk-06439-FMD
COLLEEN M. PAGE

        Debtor(s)
_____/

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

      COMES NOW, Robert E. Tardif Jr., as Trustee of the above-captioned matter, and respectfully states that, in accordance with the Order Allowing Administrative Expenses, he has disbursed the funds in the Trustee's account to the Creditors, but the following check (payable to the Debtor) has never been presented for payment. The Trustee has attempted to locate the Debtors' current address information, but has not been successful.

| Claim # | Check # | Claimant/Debtor | Amount |
|---|---|---|---|
|  | 1005 | Gregory A. Page/Colleen M. Page<br>19144 Dogwood Road<br>Fort Myers, FL 33967 | $9,070.54 |

The Trustee shall provide a check made payable to the U.S. Bankruptcy Court in the total amount of $9,070.54 to the clerk of court for deposit in the "unclaimed funds account," and states that the Debtor(s) entitled thereto is/are as listed above.

I hereby certify that a true and correct copy of the above and foregoing has been furnished electronically to the U.S. Trustee, 501 E. Polk Street, Ste. 1200, Tampa, FL, 33602, this 19th day of September, 2018.

                                              /s/ Robert E. Tardif Jr.
                                          Robert E. Tardif Jr., Trustee
                                          Post Office Box 2140
                                          Fort Myers, FL 33902
                                          (239) 362-2755
                                          (239) 362-2756 - facsimile